IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. 06-83 |
| v. | CIVIL ACTION NO. 11-7006 |
| MARK LAWRENCE, Defendant. | |

FILED
SEP 3 0 2013

## ORDER

**AND NOW**, this 30th day of September 2013, upon consideration of Defendant's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 182), the briefing in support thereof, and the response thereto, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion the motion is **DISMISSED**. No certificate of appealability shall issue, and no evidentiary hearing shall be held.

**IT IS SO ORDERED.**

BY THE COURT:

CYNTHIA M. RUFE, J.